No. 99–481. ROE, REPRESENTING UNKNOWN EMPLOYEES OF THE PHILADELPHIA DISTRICT ATTORNEY'S OFFICE *v.* CARTER. C. A. 3d Cir. Certiorari denied.

No. 99–486. WARING ET AL. *v.* UMLIC-NINE CORP. C. A. 10th Cir. Certiorari denied.

No. 99–495. IN RE BARKMAN. Commw. Ct. Pa. Certiorari denied.

No. 99–499. BANDIDO'S, INC. *v.* JOURNAL-GAZETTE CO., INC. Sup. Ct. Ind. Certiorari denied.

No. 99–508. HAGGERTY *v.* CITY OF MOUNTAIN VIEW ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 99–515. WOJCIK ET AL. *v.* MEEK. C. A. 9th Cir. Certiorari denied.

No. 99–530. C & C BUILDING CO., INC., ET AL. *v.* MICHIGAN DEPARTMENT OF CONSUMER AND INDUSTRY AFFAIRS, BUREAU OF OCCUPATIONAL AND PROFESSIONAL REGULATION. Ct. App. Mich. Certiorari denied.

No. 99–531. L. M. M. *v.* E. N. O. Sup. Jud. Ct. Mass. Certiorari denied.

No. 99–559. MOORE ET AL. *v.* OWENS-CORNING ET AL. Sup. Ct. Tex. Certiorari denied.

No. 99–569. GEBMAN *v.* PATAKI, GOVERNOR OF NEW YORK, ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 99–577. GLOVER *v.* CITY OF MEMPHIS ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–584. CAVALLARO *v.* GALLANT, ADMINISTRATOR OF THE ESTATE OF CAVALLARO. Sup. Ct. Conn. Certiorari denied.

No. 99–593. EMERICK *v.* UNITED TECHNOLOGIES CORP. App. Ct. Conn. Certiorari denied.

No. 99–599. BRAVER *v.* PARKER REAL ESTATE, INC. Ct. Civ. App. Okla. Certiorari denied.